Ryan Lee, Esq. (SBN 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com

Attorneys for Plaintiff, SUSAN LAMS

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| SUSAN LAMS, | Case No.: 2:09-cv-02504-SRB |
| Plaintiff, | VOLUNTARY DISMISSAL |
| v. | |
| COLLECTCORP CORPORATION, | |
| Defendant. | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, SUSAN LAMS, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: February 26, 2010                           KROHN & MOSS, LTD.


                                                   By: /s/ Ryan Lee
                                                       Ryan Lee
                                                       Attorneys for Plaintiff
                                                       SUSAN LAMS